## (May 11, 1942.)

PHILIP DE CECILIO, Appellant, v. THE NATIONAL LEAD COMPANY, Respondent. — Action to recover damages for personal injuries. Order denying plaintiff's motion to set aside the verdict and to grant a new trial on the ground that the jury's verdict was based upon an improper and erroneous interpretation of the law, and for other reasons, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

FRED GOTTSCHALK, as Limited Administrator, etc., of FREDERICK GOTTSCHALK, Deceased, Respondent, v. EMIL A. REINHARDT, Appellant.— Action to recover damages for wrongful death. Plaintiff's decedent fell into a tub of hot water placed by the defendant and left unguarded on a floor in a room in his premises. Decedent was invited by defendant to the premises, and defendant knew that decedent, a three-year old child, was playing about, in and out of the rooms. Decedent suffered injuries from which he died. Judgment for plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

ALEX M. HAMBURG, Respondent, v. ARCHIBALD DOUGLAS and Others, Individually, and Doing Business under the Firm Name and Style of DOUGLAS, ARMITAGE & HOLLOWAY, and G. R. KINNEY Co., INC., Appellants.— Action to recover damages from defendants for their alleged malicious interference with contracts which plaintiff had with certain third persons. Order denying defendants' motion to require plaintiff further to amend his complaint by joining others as parties defendant, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ., concur.